UNITED STATES DISTRICT COURT FOR THE FILED
DISTRICT OF MASSACHUSETTS IN CLERKS OFFICE

2004 JUN -7  A 10: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GIANT MERCHANDISING,<br>a California partnership,<br><br>      Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-100, individuals,<br>JANE DOES 1-100, individuals,<br>and XYZ COMPANY, business<br>entity form unknown, inclusive,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO.

04 cv 11223 RWZ

## STATEMENT OF CORPORATE DISCLOSURE

Pursuant to Local Rule 7.3, Plaintiff Giant Merchandising hereby files this Statement of

Corporate Disclosure. Plaintiff hereby notifies this Court that it is California general partnership

comprised of Cinram US Holdings LLC and Giant Merchandising, Inc.

Dated: June 7, 2004

Respectfully Submitted
GIANT MERCHANDISING
By Its Attorneys

M. Lawrence Oliverio, Esq., BBO #378755
Kudirka & Jobse, LLP
One State Street
Boston Massachusetts 02109
Telephone: (617) 367-4600
Facsimile: (617) 367-4656

Cara R. Burns, Esq. (Cal. Bar # 137557)
725 South Figueroa Street, Suite 2280
Los Angeles, California 90017