UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIANT MERCHANDISING,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-100, individuals,<br>JANE DOES 1-100, individuals,<br>and XYZ COMPANY, business<br>entity form unknown, inclusive,<br><br>Defendants. | CIVIL ACTION NO. 04-11223 RWZ |

**REQUEST FOR EXONERATION AND DISPOSITION OF MATERIALS
[PROPOSED] ORDER**

Plaintiff having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise and good cause appearing,

**IT IS HEREBY:**

**ORDERED,** that the bond posted by Plaintiff shall be, and hereby is, exonerated and released to the Plaintiff, and it is further

**ORDERED,** that Plaintiff is authorized to destroy or otherwise dispose of all infringing merchandise.

**IT IS SO ORDERED.**

Dated: July __, 2007

At: _____ __. m.

_____
THE HONORABLE RYA W. ZOBEL
UNITED STATES DISTRICT COURT JUDGE

1

Respectfully Submitted
GIANT MERCHANDISING

By: /s/ M. Lawrence Oliverio
M. Lawrence Oliverio, Esq., BBO #378755
Rissman, Jobse, Hendricks and Oliverio, LLP
One State Street
Boston Massachusetts 02109
Telephone: (617) 367-4600
Facsimile: (617) 367-4656

Cara R. Burns (CA Bar No. 137557)
Hicks, Mims, Kaplan & Burns
2800 28th Street, Suite 300
Santa Monica, California 90405
Telephone: (310) 314-1721
Facsimile: (310) 314-1725

2