UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIANT MERCHANDISING,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOES 1-100, individuals,<br>JANE DOES 1-100, individuals,<br>and XYZ COMPANY, business<br>entity form unknown, inclusive,<br><br>Defendants. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-11223 RWZ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure, Rule 41 (a), Plaintiff voluntarily dismisses the above caption action without prejudice.

Dated: July 23, 2007

Respectfully Submitted
GIANT MERCHANDISING
By Its Attorneys

M. Lawrence Oliverio, Esq., BBO #378755
Rissman, Jobse, Hendricks & Oliverio, LLP
One State Street
Boston Massachusetts 02109
Telephone: (617) 367-4600
Facsimile: (617) 367-4656

Cara R. Burns (CA Bar No. 137557)
Hicks, Mims, Kaplan & Burns
2800 28th Street, Suite 300
Santa Monica, California 90405
Telephone: (310) 314-1721
Facsimile: (310) 314-1725