UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIANT MERCHANDISING, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOES 1-100, individuals, JANE DOES 1-100, individuals, and XYZ COMPANY, business entity form unknown, inclusive, <br><br> Defendants. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-11223 RWZ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

REQUEST FOR EXONERATION AND DISPOSITION OF MATERIALS
[PROPOSED] ORDER

Plaintiff having dismissed the above entitled action without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41 (a), and no defendants having appeared by answer or otherwise and good cause appearing,

IT IS HEREBY:

ORDERED, that the bond posted by Plaintiff shall be, and hereby is, exonerated and released to the Plaintiff, and it is further

ORDERED, that Plaintiff is authorized to destroy or otherwise dispose of all infringing merchandise.

IT IS SO ORDERED.

Dated: July 24, 2007

At: 4:30 p. m.

THE HONORABLE RYA W. ZOBEL
UNITED STATES DISTRICT COURT JUDGE

1